**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| VINCENT COLONNA, )<br>)<br>  Plaintiff )<br>)<br>v. )<br>)<br>PREMIER RECOVERY GROUP, )<br>)<br>  Defendant )<br>) | **Case No.: 1:14-cv-01250-DCN**<br><br>**Notice of Settlement** |

### NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.


Dated: September 19, 2014      BY: */s/ Amy L. Bennecoff*
                               Amy L. Bennecoff, Esquire
                               Kimmel & Silverman, P.C.
                               30 East Butler Pike
                               Ambler, PA 19002
                               Phone: (215) 540-8888
                               Facsimile: (877) 788-2864
                               Email: abennecoff@creditlaw.com
                               Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of September, 2014, a true and correct copy of the foregoing pleading served via mail to the below:

>Jack B. Cooper
>Day Ketterer
>300 Millenium Centre
>200 Market Avenue, N
>Canton, OH 44702
>Email: jbcooper@day-ketterer.com

>*/s/ Amy L. Bennecoff*
>Amy L. Bennecoff, Esquire
>Kimmel & Silverman, P.C.
>30 E. Butler Pike
>Ambler, PA 19002
>Phone: (215) 540-8888
>Facsimile: (877) 788-2864
>Email: abennecoff@creditlaw.com
>Attorney for the Plaintiff