# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| VINCENT COLONNA,<br>      Plaintiff,<br><br>    v.<br><br>PREMIER RECOVERY GROUP.<br>      Defendant. | )<br>)<br>)<br>)<br>) **Case No.: 1:14-cv-1250-DCN**<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Jack B. Cooper* | */s/ Amy L. Bennecoff* |
| Jack B. Cooper | Amy L. Bennecoff |
| Day Ketterer LTD | Kimmel & Silverman, P.C. |
| Millennium Centre-Suite 300 | 30 East Butler Pike |
| 200 Market Avenue North | Ambler, PA 19002 |
| P.O. Box 242113 | Phone: (215) 540-8888 |
| Canton, OH 44701 | Fax: (877) 788-2864 |
| Phone: (330) 455-0173 | Email: abennecoff@creditlaw.com |
| Fax: (330) 455-2633 | |
| Email: jbcooper@day-ketterer.com | |
| Attorney for the Defendant | Attorney for the Plaintiff |
| | |
| Date: September 30, 2014 | Date: September 30, 2014 |

BY THE COURT:

_____
                            J.

**Certificate of Service**

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 30th day of September, 2014:

Jack B. Cooper, Esq.
Day Ketterer LTD
Millennium Centre-Suite 300
200 Market Avenue North
P.O. Box 242113
Canton OH 44701
jbcooper@day-ketterer.com

                                            */s/ Amy L. Bennecoff*
                                            Amy L. Bennecoff, Esquire
                                            Kimmel & Silverman, P.C.
                                            30 East Butler Pike
                                            Ambler, PA 19002
                                            Phone: (215) 540-8888
                                            Fax: (877) 788-2864
                                            Email: abennecoff@creditlaw.com
                                            Attorney for the Plaintiff