UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| VINCENT COLONNA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PREMIER RECOVERY GROUP )<br>)<br>Defendant. )<br>)<br>) | **Case No.: 1:14-cv-1250-DCN** |

ORDER OF STIPULATION TO DISMISS

Based upon the Motion for Dismissal by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-referenced matter is hereby dismissed with prejudice.

**IT IS HEREBY ORDERED:**

IT IS SO ORDERED:

Date: 9/30/14

/s/Donald C. Nugent, USDJ
Judge Donald C. Nugent
U.S. District Judge
United States District Court